Richard A. Smith
Marc Zemel
SMITH & LOWNEY, PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE,  )<br>        )<br>        Plaintiff,    )<br>        )<br>v.        )<br>        )<br>WHITLEY MANUFACTURING CO.,    )<br>INC., d.b.a. WHITLEY EVERGREEN,    )<br>        )<br>        Defendant.    )<br>        )<br>_____  ) | COMPLAINT |

## I.    INTRODUCTION

1.    This action is a citizen suit brought under Section 505 of the Clean Water Act

("CWA") as amended, 33 U.S.C. § 1365.  Plaintiff Puget Soundkeeper Alliance seeks a

declaratory judgment, injunctive relief, the imposition of civil penalties, and the award of costs,

including attorneys' and expert witnesses' fees, for defendant Whitley Manufacturing Co., Inc.,

d.b.a. Whitley Evergreen's repeated and ongoing violations of Sections 301(a) of the CWA, 33

U.S.C. § 1311(a), specifically, the discharge of pollutants, including stormwater associated with

industrial activity, to navigable waters via point source without authorization by a National

COMPLAINT - 1

Pollutant Discharge Elimination System ("NPDES") permit issued under Section 402, 33 U.S.C. § 1342.

## II.       JURISDICTION AND VENUE

2.       The Court has subject matter jurisdiction under Section 505(a) of the CWA, 33 U.S.C. § 1365(a).  The relief requested herein is authorized by 33 U.S.C. §§ 1319(d) and 1365(a).

3.       Under Section 505 (b)(1)(A) of the CWA, 33 U.S.C. § 1365(b)(1)(A), Plaintiff notified Defendant of Defendant's violations of the CWA and of Plaintiff's intent to sue under the CWA by letter dated May 23, 2013 and delivered May 28, 2013 ("Notice Letter").  A copy of the Notice Letter is attached to this complaint as Exhibit 1.  The allegations in the Notice Letter are incorporated herein by this reference.  Plaintiff notified the Defendant's Registered Agent, the Administrator of the United States Environmental Protection Agency ("USEPA"), the Administrator of USEPA Region 10, and the Director of the Washington Department of Ecology ("WDOE") of its intent to sue Defendant by mailing copies of the Notice Letter to these officials on May 23, 2013.

4.       More than sixty days have passed since the notice letter was served and the violations complained of in the notice letter identified below are continuing or are reasonably likely to continue to occur.  Defendant is in violation of the CWA.  No agency has commenced any action constituting diligent prosecution to redress these violations.

5.       The source of the violations complained of is located in Snohomish County, Washington, within the Western District of Washington, and venue is therefore appropriate in the Western District of Washington pursuant to Section 505(c)(1) of the CWA, 33 U.S.C. § 1365(c)(1).

COMPLAINT - 2

### III.   PARTIES

6.      Plaintiff, Puget Soundkeeper Alliance ("Soundkeeper"), is suing on behalf of itself and its member(s).  Soundkeeper is a non-profit corporation registered in the State of Washington.  Soundkeeper is a membership organization and has at least one member who is injured by Defendant's violations.  Soundkeeper is dedicated to protecting and preserving the environment of Washington State, especially the quality of its waters.

7.      Plaintiff has representational standing to bring this action.  Soundkeeper's members are reasonably concerned about the effects of discharges of pollutants, including stormwater from Defendant's facility, on aquatic species and wildlife that Plaintiff's members observe, study, and enjoy.  Soundkeeper's members are further concerned about the effects of discharges from Defendant's facility on human health.  In addition, discharges from Defendant's facility lessen Soundkeeper's members' aesthetic enjoyment of nearby areas.  Soundkeeper's members' concerns about the effects of Defendant's discharges are aggravated by Defendant's failure to record and report information about its discharges and pollution controls.  The recreational, scientific, economic, aesthetic and/or health interests of Soundkeeper and its member(s) have been, are being, and will be adversely affected by Defendant's violations of the CWA.  The relief sought in this lawsuit can redress the injuries to these interests.

8.      Plaintiff has organizational standing to bring this action.  Plaintiff has been actively engaged in a variety of educational, advocacy, and restoration efforts to improve water quality and to address sources of water quality degradation in the waters of western Washington, including the Quilceda Creek watershed, and Puget Sound—immediately downstream of Defendant's facility.  Defendant has failed to fulfill monitoring, recordkeeping, reporting and planning requirements, among others, necessary for compliance with its NPDES permit and the

COMPLAINT - 3

CWA.  As a result, Plaintiff is deprived of information necessary to properly serve its members by providing information and taking appropriate action. Plaintiff's efforts to educate and advocate for greater environmental protection, and to ensure the success of environmental restoration projects implemented for the benefit of its members are also precluded. Finally, Plaintiff and the public are deprived of information that influences members of the public to become members of Soundkeeper, thereby reducing Soundkeeper's membership numbers.  Thus, Plaintiff's organizational interests have been adversely affected by Defendant's violations. These injuries are fairly traceable to Defendant's violations and redressable by the Court.

9.      Defendant is a corporation authorized to conduct business in the State of Washington.

10.     Defendant owns and operates a modular building manufacturing facility located at or about 14219 Smokey Point Blvd., Marysville, WA 98271 (the "facility").

## IV.     LEGAL & FACTUAL BACKGROUND

11.     Section 301(a) of the CWA, 33 U.S.C. § 1311(a), prohibits the discharge of pollutants by any person, unless in compliance with the provisions of the CWA.  Section 301(a) prohibits, inter alia, such discharges not authorized by, or in violation of, the terms of a NPDES permit issued pursuant to Section 402 of the CWA, 33 U.S.C. § 1342.

12.     The State of Washington has established a federally approved state NPDES program administered by the WDOE.  Wash. Rev. Code § 90.48.260; Wash. Admin. Code ch. 173-220.  This program was approved by the Administrator of the USEPA pursuant to 33 U.S.C. § 1342(b).

13.     Pursuant to Section 402(a) of the CWA, 33 U.S.C. § 1342(a), the WDOE has repeatedly issued the Industrial Stormwater General Permit (the "General Permit"), most recently

COMPLAINT - 4

on October 21, 2009, modified May 16, 2012 (the "2010 Permit").  The General Permit, in its various iterations since its first issuance in 1993 containing comparable requirements, authorizes those that obtain coverage under the General Permit to discharge stormwater associated with industrial activity, a pollutant under the CWA, and other pollutants contained in the stormwater to the waters of the State subject to certain terms and conditions.

14.     The General Permit imposes certain terms and conditions on those covered thereby, including monitoring and sampling of discharges, reporting and recordkeeping requirements, as well as restrictions on the quality of stormwater discharges.  To reduce and eliminate pollutant concentrations in stormwater discharges, the General Permit requires, among other things, that permittees develop and implement best management practices and a Stormwater Pollution Prevention Plan, and apply all known and reasonable methods of prevention, control, and treatment to discharges.

15.     Defendant's facility is engaged in industrial activities, including manufacturing pre-fabricated wood buildings, sections and panels, manufacturing pre-fabricated metal buildings and components, fabrication of metal for structural purposes, manufacturing of metal frames, and related support activities.

16.      Defendant's facility discharges stormwater and other pollutants via point source, including ditches, other stormwater facilities and channels, and the facility itself, and via unnamed tributaries to Quilceda Creek, which flows to Puget Sound.  All of these waters are "navigable waters" under the Clean Water Act.

17.     Defendant has not monitored or sampled discharges of stormwater and other pollutants from its facility and reported the results to WDOE.

COMPLAINT - 5

18.     Defendant has not developed and implemented best management practices and a Stormwater Pollution Prevention Plan, nor applied all known and reasonable methods of prevention, control, and treatment to discharges from its facility.

19.     Discharges from Defendant's facility contribute to the polluted conditions of navigable waters, including Quilceda Creek and Puget Sound.  Quilceda Creek is listed on WDOE's 303(d) list of waterbodies impaired by low dissolved oxygen.  Discharges from Defendant's facility contribute to the ecological impacts that result from the polluted state of these waters, and to Plaintiff's and its members' injuries resulting therefrom.

20.     The vicinity of the facility and the receiving waters are used by the citizens of Washington and visitors, as well as at least one of Plaintiff's members, for recreational activities, including boating, biking, fishing, and bird watching, and educational and scientific activities, including environmental restoration monitoring.  Plaintiff's member(s) also derive(s) aesthetic benefits from the receiving waters.  Plaintiff's and its members' enjoyment of these activities and waters is diminished by the polluted state of the receiving waters and by Defendant's contributions to such polluted state.

21.     A significant penalty should be imposed against Defendant pursuant to the penalty factors set forth in 33 U.S.C. § 1319(d).

22.     Defendant has benefited economically as a consequence of its violations.

23.     Defendant's violations were avoidable had Defendant been diligent in overseeing facility operations and maintenance.

24.     Defendant is a profitable business enterprise.  Given its size and resources, Defendant can afford to pay a significant penalty and such penalty is required to meet the deterrence goals of the Clean Water Act's penalty factors.

COMPLAINT - 6

## V.   CAUSE OF ACTION

25.     The preceding paragraphs and the allegations in the Notice Letter, attached hereto as Exhibit 1, are incorporated herein.

26.     Defendant's violations described herein and in the Notice Letter, constitute violations of Section 301 of the Clean Water Act, 33 U.S.C. § 1311, and violations of "effluent standard(s) or limitation(s)" as defined by Section 505, 33 U.S.C. § 1365.

27.     On information and belief, the violations committed by Defendant are ongoing or are reasonably likely to continue to occur.  Any and all additional violations of the CWA which occur after those described in Plaintiff's Notice Letter but before a final decision in this action should be considered continuing violations subject to this Complaint.

28.     Without the imposition of appropriate civil penalties and the issuance of an injunction, Defendant is likely to continue to violate the CWA to the further injury of the Plaintiff, its member(s) and others.

29.     A copy of this Complaint is being served upon the Attorney General of the United States and the Administrator of the USEPA as required by 33 U.S.C. § 1365(c)(3).

## VI.   RELIEF REQUESTED

Wherefore, Plaintiff respectfully requests that this Court grant the following relief:

A.     Issue a declaratory judgment that Defendant has violated and continues to be in violation of Section 301 of the Clean Water Act, 33 U.S.C. § 1311;

B.     Enjoin Defendant from operating its facility in a manner that results in further violations of the Clean Water Act;

COMPLAINT - 7

C.      Order Defendant to immediately implement a Storm Water Pollution Prevention Plan that is in compliance with the General Permit, and to provide Plaintiff with a copy of this Plan;

D.      Order Defendant to allow Plaintiff to participate in the development and implementation of Defendant's Storm Water Pollution Prevention Plan;

E.      Order Defendant to provide Plaintiff, for a period beginning on the date of the Court's Order and running for three years after Defendant achieves compliance with the CWA, with copies of all reports and other documents which Defendant submits to the USEPA or to the WDOE regarding Defendant's coverage under any NPDES permit at the time it is submitted to these authorities;

F.      Order Defendant to take specific actions to remediate the environmental harm caused by its violations;

G.      Order Defendant to pay civil penalties of $37,500.00 per day of violation for each violation committed by Defendant pursuant to Sections 309(d) and 505(a) of the CWA, 33 U.S.C. §§ 1319(d) and 1365(a), and 40 C.F.R. § 19;

H.      Award Plaintiff their litigation expenses, including reasonable attorneys' and expert witness fees, as authorized by Section 505(d) of the CWA, 33 U.S.C. § 1365(d); and

COMPLAINT - 8

I.      Award such other relief as this Court deems appropriate.


RESPECTFULLY SUBMITTED this 18th day of September, 2013.

SMITH & LOWNEY, PLLC


By:     /s/ Richard A. Smith
        Richard A. Smith, WSBA No. 21788
        Marc Zemel, WSBA No. 44325
        Attorneys for Plaintiff
        2317 E. John St.
        Seattle, WA 98112
        Tel: (206) 860-2883
        Fax: (206) 860-4187
        E-mail: rasmithwa@igc.org, marcz@igc.org

COMPLAINT - 9

EXHIBIT 1


# SMITH & LOWNEY, P.L.L.C.
### 2317 EAST JOHN STREET
### SEATTLE, WASHINGTON 98112
### (206) 860-2883, FAX (206) 860-4187


May 23, 2013


**Via Certified Mail - Return Receipt Requested**
Managing Agent
Whitley Manufacturing Co., Inc., d.b.a. Whitley Evergreen
14219 Smokey Point Blvd
Marysville, WA 98271

Re:     **NOTICE OF INTENT TO SUE UNDER THE CLEAN WATER ACT**

Dear Managing Agent:

        We represent Puget Soundkeeper Alliance ("Soundkeeper"), 5305 Shilshole Ave. NW, Suite 150, Seattle, WA 98107, (206) 297-7002.  Any response or correspondence related to this matter should be directed to us at the letterhead address.  This letter is to provide you with sixty days notice of Soundkeeper's intent to file a citizen suit against Whitley Manufacturing Co., Inc., d.b.a. Whitley Evergreen ("Whitley") under section 505 of the Clean Water Act ("CWA"), 33 USC § 1365, for the violations described below.

        I.      Unpermitted Discharges

        The CWA, 33 U.S.C. §§ 1311 and 1342, prohibits the discharge of pollutants, including stormwater associated with industrial activity, to waters of the United States, except as authorized by a National Pollutant Discharge Elimination System ("NPDES") permit. Whitley has violated and continues to violate Section 301(a) of the CWA, 33 U.S.C. § 1311(a), by discharging pollutants from its modular and mobile structure manufacturing facility located at or about 14219 Smokey Point Blvd., Marysville, WA 98271 (the "facility" or "site") to waters of the United States without a NPDES permit.  The facility subject to this notice includes any contiguous or adjacent properties owned or operated by Whitley.

        Whitley discharges industrial stormwater and pollutants to Quilceda Creek via unnamed tributaries and/or ditches and/or a municipal stormwater drainage system.  On information and belief these pollutants include turbidity, suspended and dissolved solids, oxygen demanding substances, non-neutral pH, hydrocarbons, and metals, including copper and zinc.  These violations of the CWA have occurred on each day from May 23, 2008, through the present during which there was a stormwater discharge from the facility, generally including days on which there has been at least 0.1 inch of precipitation, and continue to occur.  Precipitation data from Paine Field Airport, Snohomish County (PAE) identifying such days is appended to this notice of intent to sue.  The violations alleged in this notice of intent to sue will continue until Whitley obtains and comes into compliance with a NPDES permit authorizing such discharges.

II.     Industrial Stormwater General Permit requirements

The Washington Department of Ecology ("Ecology") authorizes discharges of stormwater associated with certain industrial activities under the Industrial Stormwater General Permit, including the manufacturing of pre-fabricated wood buildings, sections, and panels (SIC Code 2452), the manufacturing of prefabricated metal buildings and components (SIC Code 3448), the fabrication of metal for structural purposes (SIC Code 3441), and the manufacturing of metal frames (SIC Code 3442), all of which Whitley conducts at the site. The current Industrial Stormwater General Permit ("2010 Permit") was issued by Ecology on October 21, 2009, with an effective date of January 1, 2010, and modified May 16, 2012, effective July 1, 2012. The previous Industrial Stormwater General Permit issued by Ecology on August 21, 2002, effective on September 20, 2002, modified on December 1, 2004, effective January 14, 2005, expiring September 20, 2007, reissued August 15, 2007, effective September 15, 2007, reissued again on October 15, 2008, effective November 15, 2008, expiring April 30, 2009, but remaining effective through December 31, 2009 ("2005 Permit"). The 2010 Permit includes conditions substantially similar to those of the 2005 Permit.

Should Whitley have or obtain 2010 Permit coverage for the facility, compliance with the 2010 Permit requires Whitley to correct the deficiencies identified below. Soundkeeper hereby provides notice of its intent to sue for these violations of the 2010 Permit.

1.     Compliance with standards.

Condition S10.C. of the 2010 Permit requires permittees to apply all known and reasonable methods of prevention, control and treatment ("AKART") to all discharges, including preparation and implementation of an adequate stormwater pollution prevention plan ("SWPPP") and best management practices ("BMPs"). On information and belief, Whitley has not applied AKART to its discharges or implemented adequate BMPs at the facility, including structural source control BMPs to minimize the exposure of pollutants to precipitation, and stormwater treatment BMPs to remove pollutants prior to discharge.

2.     Stormwater Pollution Prevention Plan

Condition S3.A.1. of the 2010 Permit requires permittees to develop and implement a SWPPP as specified. S3.A.2. specifies that the SWPPP must indicate the BMPs necessary to provide AKART and ensure that discharges do not cause or contribute to violations of water quality standards. On information and belief, Whitley has not prepared and implemented a SWPPP that specifies AKART and ensures discharges do not cause or contribute to violations of water quality standards.

Condition S3.A.3.a. of the 2010 Permit requires that BMPs in a permittee's SWPPP be consistent with the Stormwater Management Manual for Western Washington (2005 edition) ("SWMMWW"), which is available on the internet at http://www.ecy.wa.gov/ programs/wq/stormwater/manual.html. Alternatively, the SWPPP must include documentation that the BMPs included therein are demonstratively equivalent to those described in the SWMMWW, including proper selection, implementation and maintenance.

On information and belief, Whitley has not prepared and is not implementing a SWPPP that is consistent with this manual or that is demonstratively equivalent thereto, including the housekeeping and other operational BMPs, the structural source control BMPs, and the stormwater treatment BMPs identified in the SWMMWW.

Condition S3.B.4.b. of the 2010 Permit identifies mandatory BMPs that must be included in the SWPPP and implemented, unless the permittee clearly justifies why each omitted mandatory BMP is unnecessary, infeasible, or replaced by alternative and equally effective BMPs. On information and belief, Whitley is not implementing several BMPs identified in the 2010 Permit, including preventive maintenance BMPs to maintain the stormwater drainage systems, including a schedule or frequency for each maintenance task (S3.B.4.b.3.), having a spill prevention and emergency cleanup plan (S3.B.4.b.i.4.), provisions for employee training, including a training log (S3.B.4.b.i.5.), provisions for facility inspections, regular compliance certification, and recordkeeping (S3.B.4.b.i.6.), adequate measures to identify and eliminate the discharge of process wastewater (S3.B.4.b.i.7.), the "applicable" BMPs from the SWMMWW (S3.B.4.b.ii.1.), and location of industrial materials and activities inside or protecting them with storm resistant coverings (S3.B.4.b.ii.2.).

3.    Monitoring

Condition S4.B.2. of the 2010 Permit requires permittees to sample quarterly each distinct point of discharge off-site except as otherwise exempt from monitoring as a "substantially identical outfall" per Condition S3.B.5.b. Condition S4.B.3. of the 2010 Permit requires permittees to record and retain specified information about each stormwater sample taken, including a notation describing if they collected the sample within the first 12 hours of stormwater discharge events and, if not, an explanation why not. Condition S4.A. and B. of the 2010 Permit require permittees to collect stormwater samples no less than once per quarter. Condition S4. of the 2005 Permit included a substantially similar sample collection requirement. Condition S9.A. of the 2010 Permit requires permittees to report results of analysis of these samples to Ecology on specified forms (Discharge Monitoring Reports, or "DMRs") on a specified schedule. Condition S5.A. of the 2005 Permit included a substantially similar requirement. Whitley has not collected stormwater discharge samples and/or reported the results to Ecology on DMRs.

III.    Conclusion

The above-described violations reflect those indicated by the information currently available to Soundkeeper. These violations are ongoing. Soundkeeper intends to sue for all violations, including those yet to be uncovered and those committed after the date of this notice of intent to sue.

Under Section 309(d) of the CWA, 33 USC § 1319(d), each of the above-described violations subjects the violator to a penalty of up to $32,500 per day for each violation before and through January 12, 2009 and up to $37,500 per day for each violation thereafter. In addition to civil penalties, Soundkeeper will seek injunctive relief to prevent further violations under Sections 505(a) and (d) of the CWA, 33 USC § 1365(a) and (d), and such other relief as

is permitted by law.  Section 505(d) of the CWA, 33 USC § 1365(d), also permits prevailing parties to recover costs, including attorney's fees.

Soundkeeper believes that this NOTICE OF INTENT TO SUE sufficiently states grounds for filing suit.  We intend, at the close of the 60-day notice period, or shortly thereafter, to file a citizen suit against Whitley under Section 505(a) of the Clean Water Act for violations.  During the 60-day notice period, we would be willing to discuss effective remedies for the violations addressed in this letter and settlement terms, however; we do not intend to delay the filing of a complaint if discussions are continuing when the notice period ends.  To initiate those discussions you may contact us by phone or mail (see letterhead), or by e-mail at marcz@igc.org.

Sincerely,

SMITH & LOWNEY, PLLC

By: _____
        Marc Zemel

cc:     Bob Perciasepe, Acting Administrator, U.S. EPA
        Dennis McLerran, Region 10 Administrator, U.S. EPA
        Maia Bellon, Director, Washington Department of Ecology
        Steven McMaster, Registered Agent (14219 Smokey Point Blvd., Marysville, WA
              98271-8951)

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|

Precipitation Data: Paine Field Airport,
Snohomish County, WA (PAE)

Source: wunderground.com

| 2008 | Precip. (in) | | Date | Precip. |
|---|---|---|---|---|
| **May** | **sum** | | 22 | 0 |
| 22 | 0.05 | | 23 | 0 |
| 23 | 0.03 | | 24 | 0 |
| 24 | 0 | | 25 | 0 |
| 25 | 0.01 | | 26 | 0 |
| 26 | 0.01 | | 27 | 0 |
| 27 | 0 | | 28 | 0 |
| 28 | 0 | | 29 | 0 |
| 29 | 0.01 | | 30 | 0 |
| 30 | 0 | | | |
| 31 | 0 | | | |

| 2008 | Precip. (in) | | 2008 | Precip. (in) |
|---|---|---|---|---|
| **Jun** | **sum** | | **Jul** | **sum** |
| 1 | 0 | | 1 | 0 |
| 2 | 0.02 | | 2 | 0.03 |
| 3 | 1.57 | | 3 | 0.41 |
| 4 | 0.11 | | 4 | 0 |
| 5 | 0.17 | | 5 | 0 |
| 6 | 0.22 | | 6 | 0 |
| 7 | 0.03 | | 7 | 0 |
| 8 | 0 | | 8 | 0 |
| 9 | 0.11 | | 9 | 0 |
| 10 | 0.16 | | 10 | 0 |
| 11 | 0.02 | | 11 | 0 |
| 12 | 0 | | 12 | 0 |
| 13 | 0.01 | | 13 | 0 |
| 14 | 0 | | 14 | 0 |
| 15 | 0 | | 15 | 0 |
| 16 | 0 | | 16 | 0 |
| 17 | 0.01 | | 17 | 0 |
| 18 | 0.01 | | 18 | 0 |
| 19 | 0.02 | | 19 | 0 |
| 20 | 0 | | 20 | 0 |
| 21 | 0 | | 21 | 0.04 |
| | | | 22 | 0 |
| | | | 23 | 0 |
| | | | 24 | 0 |
| | | | 25 | 0 |
| | | | 26 | 0 |
| | | | 27 | 0.21 |
| | | | 28 | 0 |
| | | | 29 | 0.03 |
| | | | 30 | 0 |
| | | | 31 | 0.27 |

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|

| **2008** | **Precip. (in)** | | 7 | 0 |
|---|---|---|---|---|
| **Aug** | sum | | 8 | 0 |
| 1 | 0 | | 9 | 0 |
| 2 | 0.1 | | 10 | 0 |
| 3 | 0 | | 11 | 0.01 |
| 4 | 0 | | 12 | 0 |
| 5 | 0 | | 13 | 0 |
| 6 | 0 | | 14 | 0.01 |
| 7 | 0 | | 15 | 0 |
| 8 | 0 | | 16 | 0 |
| 9 | 0.08 | | 17 | 0 |
| 10 | 0 | | 18 | 0 |
| 11 | 0 | | 19 | 0.01 |
| 12 | 0 | | 20 | 0.36 |
| 13 | 0 | | 21 | 0.11 |
| 14 | 0 | | 22 | 0.12 |
| 15 | 0 | | 23 | 0 |
| 16 | 0 | | 24 | 0.08 |
| 17 | 0 | | 25 | 0.09 |
| 18 | 0.09 | | 26 | 0 |
| 19 | 0.15 | | 27 | 0 |
| 20 | 0.39 | | 28 | 0.01 |
| 21 | 0 | | 29 | 0.01 |
| 22 | 0 | | 30 | 0 |
| 23 | 0 | | **2008** | **Precip. (in)** |
| 24 | 0.72 | | **Oct** | sum |
| 25 | 0.02 | | 1 | 0 |
| 26 | 0.21 | | 2 | 0.01 |
| 27 | 0.09 | | 3 | 0.38 |
| 28 | 0.01 | | 4 | 0.18 |
| 29 | 0.05 | | 5 | 0.5 |
| 30 | 0 | | 6 | 0.12 |
| 31 | 0.01 | | 7 | 0.22 |
| **2008** | **Precip. (in)** | | 8 | 0.04 |
| **Sep** | sum | | 9 | 0 |
| 1 | 0 | | 10 | 0 |
| 2 | 0 | | 11 | 0 |
| 3 | 0 | | 12 | 0.01 |
| 4 | 0 | | 13 | 0.36 |
| 5 | 0 | | 14 | 0 |
| 6 | 0 | | 15 | 0.18 |
| | | | 16 | 0.02 |

| Date | Precipitation (Inches) | Date | Precipitation (Inches) |
|---|---|---|---|
| 17 | 0 | 26 | 0 |
| 18 | 0 | 27 | 0 |
| 19 | 0 | 28 | 0.02 |
| 20 | 0.13 | 29 | 0.06 |
| 21 | 0.01 | 30 | 0.01 |
| 22 | 0 | **2008** | **Precip. (in)** |
| 23 | 0 | **Dec** | sum |
| 24 | 0 | 1 | 0 |
| 25 | 0 | 2 | 0.04 |
| 26 | 0.01 | 3 | 0.01 |
| 27 | 0 | 4 | 0 |
| 28 | 0 | 5 | 0 |
| 29 | 0 | 6 | 0 |
| 30 | 0.02 | 7 | 0.25 |
| 31 | 0.27 | 8 | 0.06 |
| **2008** | **Precip. (in)** | 9 | 0.14 |
| **Nov** | sum | 10 | 0 |
| 1 | 0.15 | 11 | 0 |
| 2 | 0.25 | 12 | 0.61 |
| 3 | 0.3 | 13 | 0.44 |
| 4 | 0.64 | 14 | 0.07 |
| 5 | 0.01 | 15 | 0 |
| 6 | 0.84 | 16 | 0 |
| 7 | 0.47 | 17 | 0.24 |
| 8 | 0.21 | 18 | 0.07 |
| 9 | 0.2 | 19 | 0 |
| 10 | 0.02 | 20 | 0.05 |
| 11 | 0.35 | 21 | 0.13 |
| 12 | 0.88 | 22 | 0.01 |
| 13 | 0.04 | 23 | 0 |
| 14 | 0 | 24 | 0.02 |
| 15 | 0 | 25 | 0.23 |
| 16 | 0 | 26 | 0.03 |
| 17 | 0 | 27 | 0.07 |
| 18 | 0.03 | 28 | 0.13 |
| 19 | 0.01 | 29 | 0.21 |
| 20 | 0.28 | 30 | 0.08 |
| 21 | 0.13 | 31 | 0.21 |
| 22 | 0 | **2009** | **Precip. (in)** |
| 23 | 0 | **Jan** | sum |
| 24 | 0 | 1 | 0.26 |
| 25 | 0.07 | | |

| Date | Precipitation (Inches) | Date | Precipitation (Inches) |
|---|---|---|---|
| 2 | 0.01 | 11 | 0 |
| 3 | 0 | 12 | 0 |
| 4 | 0.12 | 13 | 0 |
| 5 | 0.06 | 14 | 0 |
| 6 | 0.29 | 15 | 0.03 |
| 7 | 0.65 | 16 | 0 |
| 8 | 0.18 | 17 | 0 |
| 9 | 0 | 18 | 0 |
| 10 | 0.34 | 19 | 0 |
| 11 | 0.05 | 20 | 0 |
| 12 | 0.02 | 21 | 0 |
| 13 | 0 | 22 | 0.17 |
| 14 | 0 | 23 | 0.18 |
| 15 | 0 | 24 | 0.15 |
| 16 | 0 | 25 | 0.13 |
| 17 | 0 | 26 | 0.02 |
| 18 | 0 | 27 | 0 |
| 19 | 0 | 28 | 0 |
| 20 | 0 | **2009** | **Precip. (in)** |
| 21 | 0 | **Mar** | sum |
| 22 | 0 | 1 | 0.26 |
| 23 | 0 | 2 | 0.19 |
| 24 | 0.02 | 3 | 0.08 |
| 25 | 0.02 | 4 | 0 |
| 26 | 0 | 5 | 0.09 |
| 27 | 0 | 6 | 0 |
| 28 | 0.01 | 7 | 0.12 |
| 29 | 0 | 8 | 0 |
| 30 | 0.02 | 9 | 0.29 |
| 31 | 0.01 | 10 | 0 |
| **2009** | **Precip. (in)** | 11 | 0 |
| **Feb** | sum | 12 | 0 |
| 1 | 0 | 13 | 0 |
| 2 | 0 | 14 | 0.11 |
| 3 | 0 | 15 | 0.18 |
| 4 | 0 | 16 | 0.03 |
| 5 | 0.04 | 17 | 0.02 |
| 6 | 0.09 | 18 | 0 |
| 7 | 0 | 19 | 0.02 |
| 8 | 0.01 | 20 | 0.21 |
| 9 | 0.19 | 21 | 0 |
| 10 | 0.04 | 22 | 0.33 |

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 23 | 0.07 | | | (in) |
| 24 | 0.34 | | **May** | sum |
| 25 | 0.35 | | 1 | 0 |
| 26 | 0 | | 2 | 0.28 |
| 27 | 0.13 | | 3 | 0.02 |
| 28 | 0.39 | | 4 | 0.3 |
| 29 | 0.05 | | 5 | 0.64 |
| 30 | 0.01 | | 6 | 0.23 |
| 31 | 0.08 | | 7 | 0.03 |
| **2009** | **Precip.** | | 8 | 0.01 |
| | (in) | | 9 | 0 |
| **Apr** | sum | | 10 | 0 |
| 1 | 0.44 | | 11 | 0.02 |
| 2 | 0.44 | | 12 | 0.02 |
| 3 | 0.55 | | 13 | 0.11 |
| 4 | 0 | | 14 | 0.14 |
| 5 | 0 | | 15 | 0 |
| 6 | 0 | | 16 | 0 |
| 7 | 0 | | 17 | 0 |
| 8 | 0 | | 18 | 0.49 |
| 9 | 0 | | 19 | 0.6 |
| 10 | 0.01 | | 20 | 0.08 |
| 11 | 0.01 | | 21 | 0 |
| 12 | 0.24 | | 22 | 0 |
| 13 | 0.07 | | 23 | 0 |
| 14 | 0.03 | | 24 | 0 |
| 15 | 0 | | 25 | 0 |
| 16 | 0 | | 26 | 0 |
| 17 | 0.24 | | 27 | 0 |
| 18 | 0 | | 28 | 0 |
| 19 | 0 | | 29 | 0 |
| 20 | 0 | | 30 | 0 |
| 21 | 0 | | 31 | 0 |
| 22 | 0.02 | | **2009** | **Precip.** |
| 23 | 0.03 | | | (in) |
| 24 | 0 | | **Jun** | sum |
| 25 | 0.06 | | 1 | 0 |
| 26 | 0 | | 2 | 0 |
| 27 | 0 | | 3 | 0 |
| 28 | 0.06 | | 4 | 0 |
| 29 | 0 | | 5 | 0 |
| 30 | 0 | | 6 | 0 |
| **2009** | **Precip.** | | 7 | 0 |

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 8 | 0 | | 18 | 0 |
| 9 | 0 | | 19 | 0 |
| 10 | 0 | | 20 | 0 |
| 11 | 0.05 | | 21 | 0 |
| 12 | 0 | | 22 | 0 |
| 13 | 0 | | 23 | 0 |
| 14 | 0 | | 24 | 0.01 |
| 15 | 0 | | 25 | 0.01 |
| 16 | 0 | | 26 | 0 |
| 17 | 0 | | 27 | 0 |
| 18 | 0.01 | | 28 | 0 |
| 19 | 0.2 | | 29 | 0 |
| 20 | 0.04 | | 30 | 0 |
| 21 | 0.05 | | 31 | 0 |
| 22 | 0.06 | | **2009** | **Precip.** (in) |
| 23 | 0 | | **Aug** | sum |
| 24 | 0.01 | | 1 | 0 |
| 25 | 0 | | 2 | 0 |
| 26 | 0 | | 3 | 0 |
| 27 | 0 | | 4 | 0 |
| 28 | 0 | | 5 | 0 |
| 29 | 0 | | 6 | 0 |
| 30 | 0 | | 7 | 0 |
| **2009** | **Precip.** (in) | | 8 | 0 |
| **Jul** | sum | | 9 | 0 |
| 1 | 0 | | 10 | 0.2 |
| 2 | 0 | | 11 | 0.24 |
| 3 | 0 | | 12 | 0.02 |
| 4 | 0 | | 13 | 0.38 |
| 5 | 0 | | 14 | 0.01 |
| 6 | 0.02 | | 15 | 0 |
| 7 | 0 | | 16 | 0 |
| 8 | 0 | | 17 | 0 |
| 9 | 0 | | 18 | 0 |
| 10 | 0 | | 19 | 0 |
| 11 | 0 | | 20 | 0 |
| 12 | 0.28 | | 21 | 0 |
| 13 | 0.07 | | 22 | 0 |
| 14 | 0 | | 23 | 0 |
| 15 | 0 | | 24 | 0 |
| 16 | 0 | | 25 | 0 |
| 17 | 0 | | 26 | 0 |

| Date | Precipitation (Inches) | Date | Precipitation (Inches) |
|---|---|---|---|
| 27 | 0 | 3 | 0 |
| 28 | 0 | 4 | 0 |
| 29 | 0 | 5 | 0 |
| 30 | 0 | 6 | 0 |
| 31 | 0 | 7 | 0 |
| **2009** | **Precip. (in)** | 8 | 0 |
| **Sep** | sum | 9 | 0 |
| 1 | 0.01 | 10 | 0 |
| 2 | 0 | 11 | 0 |
| 3 | 0.09 | 12 | 0 |
| 4 | 0 | 13 | 0.12 |
| 5 | 0.18 | 14 | 0.53 |
| 6 | 0.51 | 15 | 0.02 |
| 7 | 0.03 | 16 | 0.92 |
| 8 | 0 | 17 | 0.7 |
| 9 | 0 | 18 | 0.01 |
| 10 | 0 | 19 | 0 |
| 11 | 0 | 20 | 0 |
| 12 | 0 | 21 | 0.07 |
| 13 | 0 | 22 | 0.02 |
| 14 | 0 | 23 | 0.84 |
| 15 | 0 | 24 | 0.01 |
| 16 | 0 | 25 | 0.16 |
| 17 | 0 | 26 | 0.8 |
| 18 | 0 | 27 | 0 |
| 19 | 0.86 | 28 | 0.1 |
| 20 | 0 | 29 | 0.32 |
| 21 | 0.01 | 30 | 0.11 |
| 22 | 0 | 31 | 0.4 |
| 23 | 0 | **2009** | **Precip. (in)** |
| 24 | 0 | **Nov** | sum |
| 25 | 0 | 1 | 0 |
| 26 | 0 | 2 | 0 |
| 27 | 0 | 3 | 0 |
| 28 | 0.03 | 4 | 0.01 |
| 29 | 0.22 | 5 | 0.48 |
| 30 | 0 | 6 | 0.08 |
| **2009** | **Precip. (in)** | 7 | 0.1 |
| **Oct** | sum | 8 | 0 |
| | | 9 | 0.5 |
| 1 | 0.14 | 10 | 0.38 |
| 2 | 0.04 | 11 | 0.01 |

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 12 | 0 | | 22 | 0.02 |
| 13 | 0.31 | | 23 | 0 |
| 14 | 0.01 | | 24 | 0 |
| 15 | 0.07 | | 25 | 0 |
| 16 | 1.11 | | 26 | 0 |
| 17 | 0.26 | | 27 | 0 |
| 18 | 0.43 | | 28 | 0 |
| 19 | 0.62 | | 29 | 0.01 |
| 20 | 0.13 | | 30 | 0 |
| 21 | 0.81 | | 31 | 0.08 |
| 22 | 0.54 | | **2010** | **Precip. (in)** |
| 23 | 0.07 | | **Jan** | sum |
| 24 | 0.02 | | 1 | 0.24 |
| 25 | 0.32 | | 2 | 0 |
| 26 | 0.72 | | 3 | 0.06 |
| 27 | 0 | | 4 | 0.48 |
| 28 | 0 | | 5 | 0.06 |
| 29 | 0.02 | | 6 | 0 |
| 30 | 0.03 | | 7 | 0 |
| **2009** | **Precip. (in)** | | 8 | 0.48 |
| **Dec** | sum | | 9 | 0 |
| 1 | 0 | | 10 | 0.11 |
| 2 | 0 | | 11 | 0.74 |
| 3 | 0 | | 12 | 0.51 |
| 4 | 0 | | 13 | 0.28 |
| 5 | 0 | | 14 | 0.08 |
| 6 | 0 | | 15 | 0.5 |
| 7 | 0 | | 16 | 0.05 |
| 8 | 0 | | 17 | 0.16 |
| 9 | 0 | | 18 | 0.01 |
| 10 | 0 | | 19 | 0.02 |
| 11 | 0 | | 20 | 0 |
| 12 | 0 | | 21 | 0 |
| 13 | 0 | | 22 | 0 |
| 14 | 0.22 | | 23 | 0.01 |
| 15 | 0.36 | | 24 | 0.21 |
| 16 | 0.37 | | 25 | 0.18 |
| 17 | 0 | | 26 | 0 |
| 18 | 0.03 | | 27 | 0 |
| 19 | 0.19 | | 28 | 0 |
| 20 | 0.45 | | 29 | 0.05 |
| 21 | 0.66 | | 30 | 0.19 |

12

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 31 | 0.06 | | 9 | 0 |
| **2010** | **Precip. (in)** | | 10 | 0.08 |
| **Feb** | sum | | 11 | 0.55 |
| 1 | 0.03 | | 12 | 0.5 |
| 2 | 0.01 | | 13 | 0 |
| 3 | 0.16 | | 14 | 0.03 |
| 4 | 0.03 | | 15 | 0.04 |
| 5 | 0.11 | | 16 | 0.01 |
| 6 | 0.07 | | 17 | 0.08 |
| 7 | 0.04 | | 18 | 0 |
| 8 | 0.01 | | 19 | 0 |
| 9 | 0 | | 20 | 0 |
| 10 | 0.08 | | 21 | 0 |
| 11 | 0.19 | | 22 | 0.07 |
| 12 | 0.21 | | 23 | 0 |
| 13 | 0.15 | | 24 | 0 |
| 14 | 0.34 | | 25 | 0.22 |
| 15 | 0.01 | | 26 | 0.03 |
| 16 | 0.14 | | 27 | 0 |
| 17 | 0 | | 28 | 0.2 |
| 18 | 0 | | 29 | 0.5 |
| 19 | 0 | | 30 | 0.02 |
| 20 | 0 | | 31 | 0 |
| 21 | 0 | | **2010** | **Precip. (in)** |
| 22 | 0 | | **Apr** | sum |
| 23 | 0.08 | | 1 | 0 |
| 24 | 0.08 | | 2 | 0.43 |
| 25 | 0 | | 3 | 0.06 |
| 26 | 0.34 | | 4 | 0.08 |
| 27 | 0.12 | | 5 | 0.1 |
| 28 | 0 | | 6 | 0.04 |
| **2010** | **Precip. (in)** | | 7 | 0.01 |
| **Mar** | sum | | 8 | 0.29 |
| 1 | 0 | | 9 | 0.01 |
| 2 | 0.04 | | 10 | 0 |
| 3 | 0 | | 11 | 0 |
| 4 | 0 | | 12 | 0 |
| 5 | 0 | | 13 | 0.04 |
| 6 | 0 | | 14 | 0 |
| 7 | 0.31 | | 15 | 0 |
| 8 | 0 | | 16 | 0.02 |
| | | | 17 | 0.08 |

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 18 | 0.01 | | 28 | 0.96 |
| 19 | 0 | | 29 | 0.35 |
| 20 | 0.01 | | 30 | 0.08 |
| 21 | 0.52 | | 31 | 0.19 |
| 22 | 0 | | **2010** | **Precip. (in)** |
| 23 | 0.07 | | **Jun** | sum |
| 24 | 0.15 | | 1 | 0.04 |
| 25 | 0 | | 2 | 0.39 |
| 26 | 0.29 | | 3 | 0.06 |
| 27 | 0.24 | | 4 | 0.42 |
| 28 | 0.03 | | 5 | 0.06 |
| 29 | 0 | | 6 | 0.14 |
| 30 | 0.17 | | 7 | 0.24 |
| **2010** | **Precip. (in)** | | 8 | 0.25 |
| **May** | sum | | 9 | 0.75 |
| 1 | 0.03 | | 10 | 0.16 |
| 2 | 0.04 | | 11 | 0.12 |
| 3 | 0.1 | | 12 | 0 |
| 4 | 0.32 | | 13 | 0 |
| 5 | 0.05 | | 14 | 0.04 |
| 6 | 0 | | 15 | 0.47 |
| 7 | 0 | | 16 | 0.14 |
| 8 | 0 | | 17 | 0.04 |
| 9 | 0 | | 18 | 0 |
| 10 | 0 | | 19 | 0.05 |
| 11 | 0 | | 20 | 0.14 |
| 12 | 0 | | 21 | 0.08 |
| 13 | 0 | | 22 | 0 |
| 14 | 0 | | 23 | 0 |
| 15 | 0 | | 24 | 0 |
| 16 | 0 | | 25 | 0 |
| 17 | 0 | | 26 | 0 |
| 18 | 0.04 | | 27 | 0 |
| 19 | 0.37 | | 28 | 0 |
| 20 | 0.01 | | 29 | 0 |
| 21 | 0.01 | | 30 | 0 |
| 22 | 0.02 | | **2010** | **Precip. (in)** |
| 23 | 0.05 | | **Jul** | sum |
| 24 | 0 | | 1 | 0.03 |
| 25 | 0.07 | | 2 | 0.02 |
| 26 | 0.31 | | 3 | 0 |
| 27 | 0.04 | | | |

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 4 | 0.01 | | 13 | 0 |
| 5 | 0 | | 14 | 0 |
| 6 | 0 | | 15 | 0 |
| 7 | 0 | | 16 | 0 |
| 8 | 0 | | 17 | 0 |
| 9 | 0 | | 18 | 0 |
| 10 | 0 | | 19 | 0 |
| 11 | 0 | | 20 | 0 |
| 12 | 0.06 | | 21 | 0 |
| 13 | 0 | | 22 | 0.46 |
| 14 | 0 | | 23 | 0 |
| 15 | 0 | | 24 | 0 |
| 16 | 0 | | 25 | 0 |
| 17 | 0 | | 26 | 0.41 |
| 18 | 0 | | 27 | 0 |
| 19 | 0 | | 28 | 0.01 |
| 20 | 0.01 | | 29 | 0 |
| 21 | 0 | | 30 | 0 |
| 22 | 0 | | 31 | 1.28 |
| 23 | 0 | | **2010** | **Precip. (in)** |
| 24 | 0 | | **Sep** | **sum** |
| 25 | 0 | | 1 | 0.49 |
| 26 | 0 | | 2 | 0 |
| 27 | 0 | | 3 | 0 |
| 28 | 0 | | 4 | 0.05 |
| 29 | 0 | | 5 | 0 |
| 30 | 0 | | 6 | 0.23 |
| 31 | 0 | | 7 | 0.13 |
| **2010** | **Precip. (in)** | | 8 | 0.03 |
| **Aug** | **sum** | | 9 | 0.04 |
| 1 | 0 | | 10 | 0.02 |
| 2 | 0.01 | | 11 | 0 |
| 3 | 0 | | 12 | 0.02 |
| 4 | 0 | | 13 | 0 |
| 5 | 0 | | 14 | 0 |
| 6 | 0 | | 15 | 0.07 |
| 7 | 0.13 | | 16 | 0.4 |
| 8 | 0.17 | | 17 | 0.28 |
| 9 | 0.03 | | 18 | 0.39 |
| 10 | 0 | | 19 | 0.39 |
| 11 | 0 | | 20 | 0.43 |
| 12 | 0 | | 21 | 0.04 |

15

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|------|------------------------|---|------|------------------------|
| 22 | 0.01 | | **2010** | **Precip. (in)** |
| 23 | 0.12 | | **Nov** | sum |
| 24 | 0.01 | | 1 | 0.62 |
| 25 | 0 | | 2 | 0 |
| 26 | 0.34 | | 3 | 0 |
| 27 | 0.01 | | 4 | 0 |
| 28 | 0.05 | | 5 | 0.08 |
| 29 | 0.01 | | 6 | 0.28 |
| 30 | 0.01 | | 7 | 0.01 |
| **2010** | **Precip. (in)** | | 8 | 0.18 |
| **Oct** | sum | | 9 | 0.09 |
| 1 | 0 | | 10 | 0 |
| 2 | 0 | | 11 | 0.02 |
| 3 | 0.06 | | 12 | 0.01 |
| 4 | 0 | | 13 | 0.12 |
| 5 | 0.01 | | 14 | 0.11 |
| 6 | 0.01 | | 15 | 0.14 |
| 7 | 0 | | 16 | 0.02 |
| 8 | 0.05 | | 17 | 0.42 |
| 9 | 0.27 | | 18 | 0.01 |
| 10 | 0.33 | | 19 | 0.08 |
| 11 | 0 | | 20 | 0.01 |
| 12 | 0 | | 21 | 0.02 |
| 13 | 0.01 | | 22 | 0.04 |
| 14 | 0.06 | | 23 | 0 |
| 15 | 0.06 | | 24 | 0 |
| 16 | 0 | | 25 | 0.01 |
| 17 | 0 | | 26 | 0.23 |
| 18 | 0.01 | | 27 | 0.13 |
| 19 | 0 | | 28 | 0.01 |
| 20 | 0.01 | | 29 | 0.02 |
| 21 | 0.01 | | 30 | 0.36 |
| 22 | 0.07 | | **2010** | **Precip. (in)** |
| 23 | 0.41 | | **Dec** | sum |
| 24 | 0.6 | | 1 | 0 |
| 25 | 0.01 | | 2 | 0 |
| 26 | 0.04 | | 3 | 0 |
| 27 | 0.1 | | 4 | 0 |
| 28 | 0.02 | | 5 | 0 |
| 29 | 0 | | 6 | 0.01 |
| 30 | 0.21 | | 7 | 0.4 |
| 31 | 0.02 | | | |

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 8 | 0.57 | | 17 | 0.47 |
| 9 | 0.39 | | 18 | 0.12 |
| 10 | 0.01 | | 19 | 0 |
| 11 | 0.23 | | 20 | 0.21 |
| 12 | 0.96 | | 21 | 0.44 |
| 13 | 0.37 | | 22 | 0 |
| 14 | 0.31 | | 23 | 0.05 |
| 15 | 0.1 | | 24 | 0.17 |
| 16 | 0 | | 25 | 0 |
| 17 | 0 | | 26 | 0 |
| 18 | 0.12 | | 27 | 0.01 |
| 19 | 0.06 | | 28 | 0 |
| 20 | 0.07 | | 29 | 0.2 |
| 21 | 0.1 | | 30 | 0.01 |
| 22 | 0.07 | | 31 | 0 |
| 23 | 0.47 | | **2011** | **Precip.** (in) |
| 24 | 0.29 | | **Feb** | sum |
| 25 | 0.18 | | 1 | 0 |
| 26 | 0.1 | | 2 | 0 |
| 27 | 0.08 | | 3 | 0.01 |
| 28 | 0.11 | | 4 | 0.16 |
| 29 | 0.24 | | 5 | 0.01 |
| 30 | 0 | | 6 | 0.23 |
| 31 | 0 | | 7 | 0.19 |
| **2011** | **Precip.** (in) | | 8 | 0 |
| **Jan** | sum | | 9 | 0 |
| 1 | 0 | | 10 | 0 |
| 2 | 0 | | 11 | 0 |
| 3 | 0 | | 12 | 0.27 |
| 4 | 0.02 | | 13 | 0.12 |
| 5 | 0.22 | | 14 | 0.89 |
| 6 | 0.26 | | 15 | 0.08 |
| 7 | 0.27 | | 16 | 0.04 |
| 8 | 0.13 | | 17 | 0.09 |
| 9 | 0 | | 18 | 0 |
| 10 | 0 | | 19 | 0 |
| 11 | 0.15 | | 20 | 0 |
| 12 | 0.36 | | 21 | 0.05 |
| 13 | 0.19 | | 22 | 0.18 |
| 14 | 0 | | 23 | 0.13 |
| 15 | 0.29 | | 24 | 0 |
| 16 | 0.11 | | 25 | 0 |

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 26 | 0.01 | | 4 | 0.1 |
| 27 | 0.06 | | 5 | 0.35 |
| 28 | 0.02 | | 6 | 0.56 |
| **2011** | **Precip.** (in) | | 7 | 0.11 |
| | sum | | 8 | 0 |
| **Mar** | | | 9 | 0 |
| 1 | 0.06 | | 10 | 0.2 |
| 2 | 0.08 | | 11 | 0.06 |
| 3 | 0.14 | | 12 | 0.01 |
| 4 | 0.21 | | 13 | 0.04 |
| 5 | 0 | | 14 | 0.55 |
| 6 | 0.02 | | 15 | 0.01 |
| 7 | 0 | | 16 | 0.18 |
| 8 | 0.05 | | 17 | 0.03 |
| 9 | 0.78 | | 18 | 0.06 |
| 10 | 0.57 | | 19 | 0.12 |
| 11 | 0.03 | | 20 | 0.08 |
| 12 | 0.46 | | 21 | 0.08 |
| 13 | 0.8 | | 22 | 0 |
| 14 | 0.82 | | 23 | 0 |
| 15 | 0.62 | | 24 | 0.01 |
| 16 | 0.31 | | 25 | 0.49 |
| 17 | 0 | | 26 | 0 |
| 18 | 0.28 | | 27 | 0.22 |
| 19 | 0.01 | | 28 | 0.01 |
| 20 | 0 | | 29 | 0.04 |
| 21 | 0.42 | | 30 | 0 |
| 22 | 0 | | **2011** | **Precip.** (in) |
| 23 | 0 | | | sum |
| 24 | 0.05 | | **May** | |
| 25 | 0.03 | | 1 | 0 |
| 26 | 0.04 | | 2 | 0.32 |
| 27 | 0.05 | | 3 | 0.04 |
| 28 | 0.04 | | 4 | 0 |
| 29 | 0.08 | | 5 | 0.11 |
| 30 | 0.35 | | 6 | 0.15 |
| 31 | 0 | | 7 | 0.29 |
| **2011** | **Precip.** (in) | | 8 | 0.14 |
| | sum | | 9 | 0 |
| **Apr** | | | 10 | 0 |
| 1 | 0.57 | | 11 | 0.25 |
| 2 | 0.1 | | 12 | 0 |
| 3 | 0.02 | | 13 | 0 |

18

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 14 | 0.5 | | 23 | 0.04 |
| 15 | 0.42 | | 24 | 0.07 |
| 16 | 0.37 | | 25 | 0.05 |
| 17 | 0 | | 26 | 0 |
| 18 | 0 | | 27 | 0.01 |
| 19 | 0 | | 28 | 0 |
| 20 | 0 | | 29 | 0.07 |
| 21 | 0.05 | | 30 | 0.2 |
| 22 | 0.1 | | **2011** | **Precip. (in)** |
| 23 | 0 | | **Jul** | sum |
| 24 | 0 | | 1 | 0 |
| 25 | 0.22 | | 2 | 0 |
| 26 | 0.07 | | 3 | 0.17 |
| 27 | 0.18 | | 4 | 0 |
| 28 | 0 | | 5 | 0 |
| 29 | 0 | | 6 | 0 |
| 30 | 0 | | 7 | 0.23 |
| 31 | 0.03 | | 8 | 0.01 |
| **2011** | **Precip. (in)** | | 9 | 0 |
| **Jun** | sum | | 10 | 0 |
| 1 | 0.04 | | 11 | 0 |
| 2 | 0.1 | | 12 | 0.01 |
| 3 | 0.04 | | 13 | 0.01 |
| 4 | 0 | | 14 | 0.04 |
| 5 | 0 | | 15 | 0.04 |
| 6 | 0 | | 16 | 0.07 |
| 7 | 0.16 | | 17 | 0.12 |
| 8 | 0.03 | | 18 | 0 |
| 9 | 0 | | 19 | 0.02 |
| 10 | 0 | | 20 | 0 |
| 11 | 0 | | 21 | 0.16 |
| 12 | 0 | | 22 | 0 |
| 13 | 0.09 | | 23 | 0 |
| 14 | 0.19 | | 24 | 0 |
| 15 | 0.07 | | 25 | 0.11 |
| 16 | 0 | | 26 | 0.04 |
| 17 | 0 | | 27 | 0.01 |
| 18 | 0.23 | | 28 | 0 |
| 19 | 0.02 | | 29 | 0 |
| 20 | 0 | | 30 | 0 |
| 21 | 0 | | 31 | 0.04 |
| 22 | 0 | | **2011** | **Precip.** |

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| | (in) | | 8 | 0 |
| Aug | sum | | 9 | 0 |
| 1 | 0 | | 10 | 0 |
| 2 | 0 | | 11 | 0 |
| 3 | 0 | | 12 | 0 |
| 4 | 0 | | 13 | 0 |
| 5 | 0 | | 14 | 0 |
| 6 | 0 | | 15 | 0 |
| 7 | 0 | | 16 | 0 |
| 8 | 0 | | 17 | 0 |
| 9 | 0 | | 18 | 0 |
| 10 | 0 | | 19 | 0 |
| 11 | 0 | | 20 | 0 |
| 12 | 0 | | 21 | 0 |
| 13 | 0 | | 22 | 0 |
| 14 | 0 | | 23 | 0 |
| 15 | 0 | | 24 | 0 |
| 16 | 0 | | 25 | 0.07 |
| 17 | 0 | | 26 | 0.17 |
| 18 | 0 | | 27 | 0.02 |
| 19 | 0 | | 28 | 0 |
| 20 | 0 | | 29 | 0.01 |
| 21 | 0 | | 30 | 0.01 |
| 22 | 0 | | 2011 | Precip. (in) |
| 23 | 0 | | Oct | sum |
| 24 | 0 | | 1 | 0 |
| 25 | 0 | | 2 | 0.15 |
| 26 | 0 | | 3 | 0.02 |
| 27 | 0 | | 4 | 0.01 |
| 28 | 0 | | 5 | 0.21 |
| 29 | 0 | | 6 | 0.03 |
| 30 | 0 | | 7 | 0.18 |
| 31 | 0 | | 8 | 0.03 |
| 2011 | Precip. (in) | | 9 | 0.01 |
| Sep | sum | | 10 | 0.03 |
| 1 | 0 | | 11 | 0.16 |
| 2 | 0 | | 12 | 0.05 |
| 3 | 0 | | 13 | 0.01 |
| 4 | 0 | | 14 | 0 |
| 5 | 0 | | 15 | 0 |
| 6 | 0 | | 16 | 0 |
| 7 | 0 | | 17 | 0 |

20

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 18 | 0.01 | | 27 | 0.61 |
| 19 | 0.02 | | 28 | 0.02 |
| 20 | 0.05 | | 29 | 0.04 |
| 21 | 0.3 | | 30 | 0.01 |
| 22 | 0.32 | | **2011** | **Precip.** (in) |
| 23 | 0.01 | | **Dec** | sum |
| 24 | 0 | | 1 | 0.02 |
| 25 | 0 | | 2 | 0 |
| 26 | 0 | | 3 | 0 |
| 27 | 0 | | 4 | 0 |
| 28 | 0.08 | | 5 | 0 |
| 29 | 0 | | 6 | 0 |
| 30 | 0.07 | | 7 | 0.01 |
| 31 | 0.09 | | 8 | 0 |
| **2011** | **Precip.** (in) | | 9 | 0 |
| **Nov** | sum | | 10 | 0.01 |
| 1 | 0 | | 11 | 0.07 |
| 2 | 0.27 | | 12 | 0 |
| 3 | 0 | | 13 | 0 |
| 4 | 0.01 | | 14 | 0.02 |
| 5 | 0.01 | | 15 | 0.02 |
| 6 | 0 | | 16 | 0 |
| 7 | 0.01 | | 17 | 0 |
| 8 | 0 | | 18 | 0.06 |
| 9 | 0 | | 19 | 0 |
| 10 | 0 | | 20 | 0.03 |
| 11 | 0.22 | | 21 | 0 |
| 12 | 0.11 | | 22 | 0 |
| 13 | 0 | | 23 | 0 |
| 14 | 0.06 | | 24 | 0.12 |
| 15 | 0.02 | | 25 | 0.12 |
| 16 | 0.15 | | 26 | 0.05 |
| 17 | 0.28 | | 27 | 0.16 |
| 18 | 0.17 | | 28 | 0.05 |
| 19 | 0 | | 29 | 0.13 |
| 20 | 0 | | 30 | 0.09 |
| 21 | 0.54 | | 31 | 0 |
| 22 | 1.52 | | **2012** | **Precip.** (in) |
| 23 | 1.03 | | **Jan** | sum |
| 24 | 0.37 | | 1 | 0 |
| 25 | 0 | | 2 | 0.26 |
| 26 | 0 | | | |

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 3 | 0.01 | | 12 | 0.02 |
| 4 | 0.25 | | 13 | 0.18 |
| 5 | 0 | | 14 | 0.01 |
| 6 | 0.01 | | 15 | 0 |
| 7 | 0.01 | | 16 | 0.03 |
| 8 | 0 | | 17 | 0.4 |
| 9 | 0.03 | | 18 | 0.23 |
| 10 | 0 | | 19 | 0.22 |
| 11 | 0 | | 20 | 0.14 |
| 12 | 0 | | 21 | 0.83 |
| 13 | 0 | | 22 | 0.06 |
| 14 | 0.47 | | 23 | 0 |
| 15 | 0.02 | | 24 | 0.18 |
| 16 | 0.06 | | 25 | 0.12 |
| 17 | 0.31 | | 26 | 0 |
| 18 | 0.3 | | 27 | 0 |
| 19 | 0.21 | | 28 | 0.25 |
| 20 | 0.48 | | 29 | 0.25 |
| 21 | 0.24 | | **2012** | **Precip. (in)** |
| 22 | 0.27 | | **Mar** | sum |
| 23 | 0 | | 1 | 0.18 |
| 24 | 0.04 | | 2 | 0.11 |
| 25 | 0.07 | | 3 | 0.03 |
| 26 | 0.01 | | 4 | 0 |
| 27 | 0 | | 5 | 0.49 |
| 28 | 0 | | 6 | 0.02 |
| 29 | 0.31 | | 7 | 0 |
| 30 | 0.23 | | 8 | 0 |
| 31 | 0 | | 9 | 0.2 |
| **2012** | **Precip. (in)** | | 10 | 0.15 |
| **Feb** | sum | | 11 | 0.03 |
| 1 | 0.27 | | 12 | 0.9 |
| 2 | 0 | | 13 | 0 |
| 3 | 0 | | 14 | 0.35 |
| 4 | 0 | | 15 | 0.53 |
| 5 | 0 | | 16 | 0.09 |
| 6 | 0 | | 17 | 0.2 |
| 7 | 0 | | 18 | 0.18 |
| 8 | 0.02 | | 19 | 0.03 |
| 9 | 0.39 | | 20 | 0.09 |
| 10 | 0.07 | | 21 | 0 |
| 11 | 0 | | 22 | 0.08 |

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|------|------------------------|---|------|------------------------|
| 23 | 0 | | | (in) |
| 24 | 0 | | **May** | sum |
| 25 | 0 | | 1 | 0.32 |
| 26 | 0.04 | | 2 | 0.21 |
| 27 | 0.08 | | 3 | 0.5 |
| 28 | 0.22 | | 4 | 0.65 |
| 29 | 0.89 | | 5 | 0.15 |
| 30 | 0.59 | | 6 | 0 |
| 31 | 0.35 | | 7 | 0 |
| **2012** | **Precip.** | | 8 | 0 |
| | (in) | | 9 | 0.01 |
| **Apr** | sum | | 10 | 0 |
| 1 | 0.08 | | 11 | 0 |
| 2 | 0 | | 12 | 0 |
| 3 | 0.28 | | 13 | 0 |
| 4 | 0 | | 14 | 0 |
| 5 | 0.08 | | 15 | 0 |
| 6 | 0 | | 16 | 0 |
| 7 | 0 | | 17 | 0 |
| 8 | 0 | | 18 | 0 |
| 9 | 0 | | 19 | 0 |
| 10 | 0 | | 20 | 0.14 |
| 11 | 0.43 | | 21 | 0.23 |
| 12 | 0.01 | | 22 | 0.17 |
| 13 | 0 | | 23 | 0.47 |
| 14 | 0 | | 24 | 0.02 |
| 15 | 0 | | 25 | 0.01 |
| 16 | 0.06 | | 26 | 0 |
| 17 | 0.03 | | 27 | 0 |
| 18 | 0.02 | | 28 | 0.01 |
| 19 | 0.23 | | 29 | 0 |
| 20 | 0.39 | | 30 | 0.04 |
| 21 | 0 | | 31 | 0.06 |
| 22 | 0 | | **2012** | **Precip.** |
| 23 | 0 | | | (in) |
| 24 | 0.08 | | **Jun** | sum |
| 25 | 0.34 | | 1 | 0.11 |
| 26 | 0.26 | | 2 | 0.02 |
| 27 | 0 | | 3 | 0 |
| 28 | 0 | | 4 | 0.04 |
| 29 | 0.05 | | 5 | 0.32 |
| 30 | 0.41 | | 6 | 0.13 |
| **2012** | **Precip.** | | 7 | 0.31 |

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 8 | 0 | | 18 | 0 |
| 9 | 0 | | 19 | 0 |
| 10 | 0 | | 20 | 0.44 |
| 11 | 0 | | 21 | 0 |
| 12 | 0.22 | | 22 | 0.23 |
| 13 | 0.21 | | 23 | 0 |
| 14 | 0 | | 24 | 0 |
| 15 | 0 | | 25 | 0 |
| 16 | 0.07 | | 26 | 0 |
| 17 | 0.15 | | 27 | 0 |
| 18 | 0.64 | | 28 | 0 |
| 19 | 0.09 | | 29 | 0 |
| 20 | 0 | | 30 | 0 |
| 21 | 0 | | 31 | 0 |
| 22 | 0.57 | | **2012** | **Precip. (in)** |
| 23 | 0.35 | | **Aug** | sum |
| 24 | 0 | | 1 | 0 |
| 25 | 0 | | 2 | 0 |
| 26 | 0.13 | | 3 | 0.05 |
| 27 | 0 | | 4 | 0 |
| 28 | 0 | | 5 | 0 |
| 29 | 0 | | 6 | 0 |
| 30 | 0.13 | | 7 | 0 |
| **2012** | **Precip. (in)** | | 8 | 0 |
| **Jul** | sum | | 9 | 0 |
| 1 | 0.05 | | 10 | 0 |
| 2 | 0.09 | | 11 | 0.01 |
| 3 | 0.29 | | 12 | 0 |
| 4 | 0 | | 13 | 0 |
| 5 | 0 | | 14 | 0 |
| 6 | 0 | | 15 | 0 |
| 7 | 0 | | 16 | 0 |
| 8 | 0 | | 17 | 0 |
| 9 | 0 | | 18 | 0 |
| 10 | 0 | | 19 | 0 |
| 11 | 0 | | 20 | 0 |
| 12 | 0 | | 21 | 0 |
| 13 | 0.11 | | 22 | 0 |
| 14 | 0 | | 23 | 0 |
| 15 | 0.04 | | 24 | 0 |
| 16 | 0 | | 25 | 0 |
| 17 | 0 | | 26 | 0 |

24

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 27 | 0 | | 3 | 0 |
| 28 | 0 | | 4 | 0 |
| 29 | 0 | | 5 | 0 |
| 30 | 0 | | 6 | 0 |
| 31 | 0 | | 7 | 0 |
| **2012** | **Precip. (in)** | | 8 | 0 |
| | | | 9 | 0 |
| **Sep** | sum | | 10 | 0 |
| 1 | 0 | | 11 | 0 |
| 2 | 0 | | 12 | 0.07 |
| 3 | 0 | | 13 | 0.19 |
| 4 | 0 | | 14 | 0.2 |
| 5 | 0 | | 15 | 0.2 |
| 6 | 0 | | 16 | 0.15 |
| 7 | 0 | | 17 | 0 |
| 8 | 0 | | 18 | 0.44 |
| 9 | 0 | | 19 | 0.65 |
| 10 | 0.24 | | 20 | 0.15 |
| 11 | 0 | | 21 | 0.11 |
| 12 | 0.01 | | 22 | 0.16 |
| 13 | 0 | | 23 | 0.01 |
| 14 | 0 | | 24 | 0.08 |
| 15 | 0 | | 25 | 0.05 |
| 16 | 0 | | 26 | 0.07 |
| 17 | 0 | | 27 | 0.21 |
| 18 | 0 | | 28 | 0.19 |
| 19 | 0 | | 29 | 0.03 |
| 20 | 0 | | 30 | 0.79 |
| 21 | 0.01 | | 31 | 1.15 |
| 22 | 0.04 | | **2012** | **Precip. (in)** |
| 23 | 0 | | | |
| 24 | 0 | | **Nov** | sum |
| 25 | 0 | | 1 | 0.12 |
| 26 | 0.01 | | 2 | 0.07 |
| 27 | 0.01 | | 3 | 0.03 |
| 28 | 0 | | 4 | 0.09 |
| 29 | 0 | | 5 | 0 |
| 30 | 0 | | 6 | 0.02 |
| **2012** | **Precip. (in)** | | 7 | 0.07 |
| | | | 8 | 0 |
| **Oct** | sum | | 9 | 0 |
| 1 | 0 | | 10 | 0 |
| 2 | 0 | | 11 | 0.18 |

| Date | Precipitation (Inches) | Date | Precipitation (Inches) |
|------|------------------------|------|------------------------|
| 12 | 0.06 | 22 | 0.11 |
| 13 | 0.28 | 23 | 0.35 |
| 14 | 0.01 | 24 | 0.06 |
| 15 | 0 | 25 | 0.4 |
| 16 | 0.27 | 26 | 0.27 |
| 17 | 0.23 | 27 | 0.16 |
| 18 | 0.73 | 28 | 0 |
| 19 | 1.85 | 29 | 0.15 |
| 20 | 0.26 | 30 | 0 |
| 21 | 0.46 | 31 | 0 |
| 22 | 0 | **2013** | **Precip. (in)** |
| 23 | 0.36 | **Jan** | sum |
| 24 | 0.06 | 1 | 0 |
| 25 | 0 | 2 | 0 |
| 26 | 0 | 3 | 0.16 |
| 27 | 0 | 4 | 0 |
| 28 | 0.22 | 5 | 0.09 |
| 29 | 0.14 | 6 | 0.13 |
| 30 | 1.38 | 7 | 0.22 |
| **2012** | **Precip. (in)** | 8 | 0.24 |
| **Dec** | sum | 9 | 1.07 |
| 1 | 0.29 | 10 | 0.04 |
| 2 | 0.46 | 11 | 0 |
| 3 | 0.32 | 12 | 0 |
| 4 | 0.43 | 13 | 0 |
| 5 | 0 | 14 | 0 |
| 6 | 0.02 | 15 | 0 |
| 7 | 0.03 | 16 | 0 |
| 8 | 0.1 | 17 | 0 |
| 9 | 0.14 | 18 | 0 |
| 10 | 0 | 19 | 0 |
| 11 | 0.13 | 20 | 0 |
| 12 | 0.27 | 21 | 0 |
| 13 | 0.13 | 22 | 0 |
| 14 | 0.26 | 23 | 0.27 |
| 15 | 0.16 | 24 | 0.08 |
| 16 | 0.74 | 25 | 0.01 |
| 17 | 0.5 | 26 | 0.31 |
| 18 | 0.06 | 27 | 0.17 |
| 19 | 1.37 | 28 | 0.83 |
| 20 | 0.58 | 29 | 0.64 |
| 21 | 0.04 | 30 | 0.14 |

| Date | Precipitation (Inches) | | Date | Precipitation (Inches) |
|---|---|---|---|---|
| 31 | 0.07 | | 9 | 0 |
| **2013** | Precip. (in) | | 10 | 0.01 |
| **Feb** | sum | | 11 | 0 |
| 1 | 0.03 | | 12 | 0.12 |
| 2 | 0 | | 13 | 0.17 |
| 3 | 0.04 | | 14 | 0.01 |
| 4 | 0 | | 15 | 0 |
| 5 | 0.09 | | 16 | 0.31 |
| 6 | 0.08 | | 17 | 0.04 |
| 7 | 0.16 | | 18 | 0.03 |
| 8 | 0 | | 19 | 0.22 |
| 9 | 0.03 | | 20 | 0.69 |
| 10 | 0 | | 21 | 0.01 |
| 11 | 0.05 | | 22 | 0.6 |
| 12 | 0 | | 23 | 0 |
| 13 | 0.03 | | 24 | 0 |
| 14 | 0.08 | | 25 | 0 |
| 15 | 0.01 | | 26 | 0 |
| 16 | 0.49 | | 27 | 0 |
| 17 | 0.01 | | 28 | 0.02 |
| 18 | 0 | | 29 | 0.01 |
| 19 | 0 | | 30 | 0.01 |
| 20 | 0.04 | | 31 | 0 |
| 21 | 0.01 | | **2013** | Precip. (in) |
| 22 | 0.04 | | **Apr** | sum |
| 23 | 0.03 | | 1 | 0 |
| 24 | 0 | | 2 | 0 |
| 25 | 0.07 | | 3 | 0 |
| 26 | 0.02 | | 4 | 0.32 |
| 27 | 0.2 | | 5 | 0.09 |
| 28 | 0.14 | | 6 | 0.1 |
| **2013** | Precip. (in) | | 7 | 1.08 |
| **Mar** | sum | | 8 | 0.06 |
| 1 | 0 | | 9 | 0 |
| 2 | 0.22 | | 10 | 0.06 |
| 3 | 0 | | 11 | 0.09 |
| 4 | 0 | | 12 | 0.19 |
| 5 | 0.02 | | 13 | 0.07 |
| 6 | 0.36 | | 14 | 0 |
| 7 | 0.25 | | 15 | 0.11 |
| 8 | 0 | | 16 | 0.02 |
| | | | 17 | 0 |

27

| Date | Precipitation (Inches) | Date | Precipitation (Inches) |
|---|---|---|---|
| 18 | 0.12 | | |
| 19 | 0.28 | | |
| 20 | 0.18 | | |
| 21 | 0.18 | | |
| 22 | 0 | | |
| 23 | 0 | | |
| 24 | 0 | | |
| 25 | 0 | | |
| 26 | 0 | | |
| 27 | 0.16 | | |
| 28 | 0.09 | | |
| 29 | 0.03 | | |
| 30 | 0 | | |
| **2013** | **Precip. (in)** | | |
| **May** | sum | | |
| 1 | 0 | | |
| 2 | 0 | | |
| 3 | 0 | | |
| 4 | 0 | | |
| 5 | 0 | | |
| 6 | 0 | | |
| 7 | 0 | | |
| 8 | 0 | | |
| 9 | 0 | | |
| 10 | 0 | | |
| 11 | 0 | | |
| 12 | 0.22 | | |
| 13 | 0.05 | | |
| 14 | 0 | | |
| 15 | 0.08 | | |
| 16 | 0.02 | | |
| 17 | 0.01 | | |
| 18 | 0 | | |
| 19 | 0 | | |
| 20 | 0 | | |
| 21 | 0.34 | | |
| 22 | 0.02 | | |