UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE,

Plaintiff,

v.

WHITLEY MANUFACTURING CO., INC., *et al.*,

Defendants.

CASE NO.  C13-1690RSL

ORDER DENYING WHITLEY MANUFACTURING'S MOTION FOR SUMMARY JUDGMENT

This matter comes before the Court on "Whitley Manufacturing Co., Inc.'s Motion for Summary Judgment." Dkt. # 66. Plaintiff has shown that there is outstanding discovery that may shed light on whether defendant has and exercises control over Whitley Evergreen, Inc., such that Whitley Manufacturing could be held liable in this action. The Court therefore DENIES the motion for summary judgment under Fed. R. Civ. P. 56(d) without prejudice to the issues being raised again after discovery has been completed.

Dated this 9th day of November, 2015.

*MRt S Casnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR SUMMARY JUDGMENT